**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LZ:MOM
F. #2026R00399

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 19, 2026

By E-Mail, ECF, and FedEx

Peter H. Tilem
Robert M. Schechter
Tilem & Associates, P.C.
188 East Post Road, Ste. 300
White Plains, NY 10601
(914) 833-9785
(914) 841-4008
Ptilem@tilemlawfirm.com
Rschechter@tilemlawfirm.com

Re: United States v. Geoffroy Contencin,
Criminal Docket No. 26-158 (FB)

Dear Counsel:

Enclosed please find the government's production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This production supplements the government's previous productions, made on July 14, 2026, and September 30, 2026. The government renews its request for reciprocal discovery from the defendant. Please note that certain documents included in this production contain "Sensitive Discovery Material" and have been stamped "Sensitive" and "Sensitive – Attorneys' Eyes Only" pursuant to the protective order entered in the above-referenced case, ECF No. 16.

The government's production consists of the following:

| Bates Numbers | Description |
| --- | --- |
| GC_000439 | Cellebrite extractions of the following electronic devices found in the defendant's rental car[1]: (1) a gray Samsung flip phone; (2) six Google smart phones; (3) a white Google smart |

[1] Cellebrite extractions of these devices will be provided separately in a secure hard drive.

| Bates Numbers | Description |
|---|---|
| | phone; a black Samsung smart phone; (4) a black Dell latitude 7480 laptop; and (5) an SD/memory card. |
| GC_000440 to GC_00499 | Search warrant and related papers, Case No. 26-mc-2264, dated June 3, 2026 |
| GC_000500 to GC_00774 | Scanned copies of papers obtained pursuant to the search warrant executed in Case No. 26-mc-2306, on or about June 10, 2026 |
| GC_000775 to GC_00814 | Search warrant and related papers, Case No. 26-mc-2306, dated June 5, 2026 |
| GC_000815 to GC_00817 | Images of items obtained during the search of the defendant's rental car pursuant to the search warrant in Case No. 26-mc-2306, on or about June 10, 2026 |
| GC_000818 to GC_003642 | Copies of records obtained from USB drives pursuant to the search warrant in Case No. 26-mc-2785, signed on July 6, 2026 |
| GC_003643 to GC_003677 | Application and warrant to search the USB devices and LilyGo T-Echo meshtastic nodes found in the defendant's rental car, pursuant to the search warrant in Case No. 26-mc-2785, dated July 6, 2026 |
| GC_003678 | Cellebrite extractions of USB drives obtained pursuant to the search warrant in Case No. 26-mc-2785, signed on July 6, 2026[2] |
| GC_003679 to GC_003692 | Business records from Apple Inc. |
| GC_003693 to GC_003710 | Business records from Google LLC |
| GC_003711 to GC_003713 | Business records from Google LLC |
| GC_003714 to GC_003718 | Business records from T-Mobile US, Inc. |
| GC_003719 to GC_003741 | Business records from Young's Sporting Goods LLC |
| GC_003742 to GC_003805 | Documents depicting records and items obtained from searches of the defendant's rental car and electronic devices, pursuant to the search warrants in Case Nos. Case No. 26-mc-2306 & 26-mc-2785 |

You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

[2] Cellebrite extractions of these devices will be provided separately in a secure hard drive.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Michael McGuinness
Michael McGuinness
Assistant U.S. Attorney
(718) 254-6023

Enclosures

cc: Clerk of the Court (FB) (by ECF) (without enclosures)